UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ELSA O. HOFMANN,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**PRESSMAN TOY CORPORATION, JAMES PRESSMAN, SUSAN ADAMO, SAM GOLDBERG, COWAN, LIEBOWITZ & LATMAN, P.C., JOSEPH H. LESSEM, ESQ., W. DREW KASTNER,**<br><br>　　　　**Defendants.** | 08-CV-2017 (WJM)<br><br><br>**ORDER** |

　　Plaintiff having filed a complaint against Defendants; Plaintiff's complaint alleging substantially the same allegations alleged in previous complaints; Plaintiff having named all Defendants in these previous complaints except Defendant Cowan, Liebowitz & Latman, P.C.; these previous complaints having been dismissed on the merits; Defendant Cowan, Liebowitz & Latman, P.C., having been Defendant Pressman Toy Corporation's legal counsel in the previous suits; Defendant Cowan, Liebowitz & Latman, P.C., thus having been in privity with Defendant Pressman Toy Corporation in these previous suits for purposes of res judicata analysis; Defendants now moving to dismiss Plaintiff's complaint as barred by res judicata; Defendants also moving for sanctions in response to Plaintiff's repeated, vexatious litigation; the Court finding that such sanctions would have little or no effect on Plaintiff's conduct; Defendants also moving to bar Plaintiff from relitigating this case or substantially similar cases in any jurisdiction; and good cause appearing;

　　**IT IS** on this 24th day of June 2008, hereby

　　**ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

　　**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and it is further

　　**ORDERED** that Defendants' motion for sanctions is **DENIED**; and it is further

　　**ORDERED** that Plaintiff may not file any action in any court—state or federal—dealing

with the claims presented in this case without leave of the district court, which shall not be granted unless Plaintiff certifies that the claims she wishes to present are new claims, never before raised and disposed of on the merits by any federal court.

                                                  s/ William J. Martini
                                                  **WILLIAM J. MARTINI, U.S.D.J.**