UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELSA O. HOFMANN,<br><br>Plaintiff,<br><br>v.<br><br>PRESSMAN TOY CORPORATION, JAMES PRESSMAN, SUSAN ADAMO, SAM GOLDBERG, COWAN, LIEBOWITZ & LATMAN, P.C., JOSEPH H. LESSEM, ESQ., W. DREW KASTNER,<br><br>Defendants. | 08-CV-2017 (WJM)<br><br><br>ORDER |

Plaintiff having on June 24, 2008, filed a motion under Federal Rule of Civil Procedure 60(b)(6) seeking to vacate a decision rendered by Judge Debevoise in 1990, <u>Hofmann v. Pressman Toy Corp.</u>, 790 F. Supp. 498 (D.N.J. 1990); Plaintiff's motion appearing wholly without merit; Plaintiff's motion appearing untimely; and good cause appearing;

IT IS on this 26 day of June 2008, hereby

**ORDERED** that Plaintiff's motion is **DENIED**.

WILLIAM J. MARTINI, U.S.D.J.